UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DAWN V. QUASHIE ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:20-CV-423-FL |
| DEPARTMENT OF VETERANS ) | |
| AFFAIRS DURHAM VA HOSPITAL ) | |
| CENTER, and KENNETH C. GOLDBERG ) | |
| *individually and in his official capacity, the* ) | |
| *Chief of Staff for the Durham VA* ) | |
| *Healthcare System* ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss and plaintiff's motion for entry of default.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 3, 2021, and for the reasons set forth more specifically therein, the court DENIES plaintiff's motion for entry of default and GRANTS defendants' motion to dismiss. Plaintiff's complaint is DISMISSED for failure to state a claim and for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on June 3, 2021, and Copies To:**
Conrad A. Airall (via CM/ECF Notice of Electronic Filing)
Lauren A. Golden (via CM/ECF Notice of Electronic Filing)


June 3, 2021                    PETER A. MOORE, JR., CLERK

                                   /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk